1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY WAYNE RICHMOND,

                    Petitioner,

    v.

JEFFREY A. UTTECHT,

                   Respondent.

CASE NO. C19- 5906-BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)     The R&R is **ADOPTED**;

    (2)     Ground one of Petitioner's petition for habeas corpus (Dkt. 9) is

          **DISMISSED** with prejudice, and Ground two of the petition is

          **DISMISSED** without prejudice;

    (3)     A certificate of appealability is **DENIED**; and

1     (4)    This case is closed.

2    Dated this 12th day of May, 2020.

 

 

                        BENJAMIN H. SETTLE
                        United States District Judge